*11089408*
*$3.27*

# Claims Distribution Small Checks

**Case:** 08-15010 - CLEMONS, STEPHANIE A

**Trustee:** WILLIAM E. LAWSON (520740)

| Account No. | Check No. | Issued | Claim No. | Filed | Payee | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31221930766 | 113 | 02/25/10 | 9 | 03/04/09 | 610 | | Clerk, U.S. Bankruptcy Court Buffalo & Erie County Library | 67.90 | 67.90 | 3.27 | 3.27 |

Check Amount: $3.27


FILED FEB 25 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed